IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ANGIE ELLIS,<br><br>      Plaintiff,<br><br>    -v-<br><br>TRANS UNION, LLC, AND ALDOUS & ASSOCIATES, PLLC,<br><br>      Defendants. | Civil Case Number: 8:24-cv-01000-CEH-UAM |

### NOTICE OF DISMISSAL AS TO ALDOUS & ASSOCIATES, PLLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant, **ALDOUS & ASSOCIATES, PLLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   August 14, 2024

/s/ Joseph Howard Kanee
Joseph Howard Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*